UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MADHU SHARMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 19-10992-NMG |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**LOCAL RULE 16.1(D) JOINT STATEMENT**

This is an action brought by Plaintiff against Defendant under the Federal Tort Claims Act ("FTCA") involving a motor vehicle accident which occurred on or about March 2, 2017, in Somerville, MA.  Plaintiff asserts that while proceeding through an intersection on Route 28 South/McGrath O'Brien Highway, her vehicle was struck by a United States Postal Service vehicle, causing her soft tissue injuries to her neck, shoulder and lower back.  Defendant denies any negligence in this action and maintains that Plaintiff caused the accident.

**I.      Timetable for Discovery and Motion Practice**

      1.      Initial Disclosures

Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by September 30, 2019.

      2.      Amendments to Pleadings

Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after October 30, 2019.

3.  Fact Discovery

All discovery including service of and responses to written discovery requests and all depositions, other than expert discovery, will be completed by March 31, 2020.

4.  Expert Discovery

a.  Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by April 30, 2020.

b.  Defendant's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by June 30, 2020.

c.  Expert depositions concluded by August 31, 2020.

5.  Dispositive Motions

a.  Dispositive motions, such as motions for summary judgment or partial summary judgment or motions for judgment on the pleadings, must be filed by September 28, 2020.

b.  Oppositions to dispositive motions due 30 days later and replies due 15 days later.

**II.   Trial by Magistrate Judge**

The parties do not consent to trial by a Magistrate Judge at this time.

**III.     Certification Pursuant to Local Rule 16.1 (D)(3)**

Certifications pursuant to local Rule 16.1(D)(3) will be filed separately.

Respectfully submitted,

| | |
|---|---|
| THE PLAINTIFF | UNITED STATES OF AMERICA |
| By Her Attorney | By Its Attorney |
| | |
| | ANDREW E. LELLING |
| | U.S. ATTORNEY |
| | |
| */s/ Sean M. Beagan* | */s/ Michael Sady* |
| Sean M. Beagan (BBO No. 644929) | Michael Sady (BBO No. 552934) |
| Beagan Law Office, LLC | Assistant U.S. Attorney |
| Zero Governors Avenue, Unit 33 | United States Attorney's Office |
| Medford, MA 02155 | 1 Courthouse Way, Suite 9200 |
| (781) 393-9948 | Boston, MA   02210 |
| sbeagan@geaganlaw.com | (617) 748-3100 |
| | michael.sady@usdoj.gov |

Dated:  August 28, 2019

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the NEF.

> */s/ Michael Sady*
> Michael Sady
> Assistant U. S. Attorney

Dated: August 28, 2019